IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD KONOWAL, SR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LOWE'S HOME CENTERS, LLC | : | NO. 23-2642 |

## ORDER

**AND NOW**, this 9th day of December, 2024, upon consideration of Defendant's "Motion for Summary Judgment" (Docket No. 18) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. **IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of Defendant.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.